STATE v. PREVATTE

No. 126A95

Case below: Anson County Superior Court

Petition by defendant for writ of certiorari to review the order of the Anson County Superior Court denied 5 December 1996.

STATE v. SISK

No. 371A96

Case below: 123 N.C. App. 361

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 November 1996. As to Question Number 2 presented in defendant's petition for discretionary review: "Whether it was error for the Court to fail to dismiss the indictment against the defendant at the close of the State's evidence as being fatally defective?", the petition is allowed to consider that question. As to all other questions raised in the defendant's petition for discretionary review, the petition is denied 12 November 1996.

STATE v. SOUTHARD

No. 451P96

Case below: 123 N.C. App. 790

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.

STATE v. STRICKLAND

No. 292P96

Case below: 122 N.C. App. 580

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 December 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1996.